IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:08CR436–HEH |
| | ) |
| GREER HINTON, | ) |
| a/k/a "Rilla," | ) |
| | ) |
| Defendant. | ) |

ORDER
(Adopting the Report and Recommendation of the United States Magistrate Judge)

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge ("Magistrate Judge"), on December 8, 2008. Having reviewed the R&R in this case and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. Accordingly, the Court HEREBY ACCEPTS Defendant's guilty plea to Counts Three and Four of the Indictment made pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Jan. 12, 2009
Richmond, VA

1